■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BRANNON, Appellant. [716 NYS2d 604] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosengarten, J.), rendered February 19, 1999, convicting him of the criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY2d 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Bracken, J. P., O'Brien, Santucci and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DELINOIS, Appellant. [716 NYS2d 911] —Appeal by the defendant from two judgments of the County Court, Rockland County (Kelly, J.), both rendered November 24, 1998, convicting him of criminal sale of a controlled substance in the third degree under Indictment No. 98-00312, and burglary in the second degree under Indictment No. 98-00373, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Thompson, Friedmann, H. Miller and Feuerstein, JJ., concur.